HONOLULU STAR-BULLETIN, LIMITED,
*v.* EDWARD J. BURNS, Director of
Taxation, State of Hawaii.

No. 4700.

DECEMBER 5, 1968.

RICHARDSON, C.J., MARUMOTO, ABE AND
LEVINSON, JJ., AND CIRCUIT JUDGE WONG
ASSIGNED BY REASON OF VACANCY.

*Per Curiam.* The petition for rehearing is denied without argument.

*Harold S. Wright (Smith, Wild, Beebe & Cades* of counsel) for the petition.